UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL G. PICKENS**  PETITIONER
ADC #152249

V.  No. 4:23-CV-00147-BRW-ERE

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**  RESPONDENT

## RECOMMENDED DISPOSITION

### I.  Procedure for Filing Objections

This Recommendation has been sent to United States District Judge Billy Roy Wilson. You may file objections if you disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and include the factual or legal basis for the objection.

Objections must be filed within fourteen days. If you do not object, you risk waiving the right to appeal questions of fact and Judge Wilson can adopt this Recommendation without independently reviewing the record.

### II.  Summary

Petitioner Michael G. Pickens has filed a second and successive § 2254 habeas petition without obtaining the required authorization from the Eighth Circuit Court of Appeals to do so. The Court lacks jurisdiction to consider his petition, which should be dismissed without prejudice.

### III. Background

On February 24, 2023, Mr. Pickens, an Arkansas Department of Correction inmate, filed a § 2254 petition for writ of habeas corpus and a motion for leave to proceed *in forma pauperis*. *Docs. 1, 2*. Mr. Pickens' petition raises issues related to his 2001 rape conviction. *Doc. 2*.

In 2015, Mr. Pickens filed a § 2254 petition related to the same rape conviction. *Pickens v. Payne*, No. 5:15-CV-00030-BRW (E.D. Ark. 2015). That petition was dismissed as untimely. *Id. at Docs. 19, 23, 24*.

### IV. Discussion

"Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Only the United States Court of Appeals for the Eighth Circuit has the authority to grant Mr. Pickens permission to file a successive § 2254 habeas petition. Until Mr. Pickens receives authorization from the Eighth Circuit, this Court lacks jurisdiction to proceed. *Burton v. Stewart*, 549 U.S. 147, 152-53, 157 (2007).

### V. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Pickens' 28 U.S.C. § 2254 petition for a writ of habeas corpus, *Doc. 1*, be DISMISSED, WITHOUT PREJUDICE, so that he may seek authorization

from the Eighth Circuit to file a successive habeas petition, pursuant to 28 U.S.C. § 2244(b)(3)(A).

2. Mr. Pickens' motion for leave to proceed *in forma pauperis* be DENIED as MOOT.

3. A Certificate of Appealability be DENIED. S*ee* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

Dated this 28th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3