IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL G. PICKENS**                                                                                   **PETITIONER**
ADC   #152249

V.                          No. 4:23-CV-00147-BRW-ERE

**DEXTER PAYNE, Director,**
Arkansas Department of Correction                                                              **RESPONDENT**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. Mr. Pickens has not filed objections. After careful review of the Recommendation, the Court approves and adopts the Recommendation in its entirety.

Mr. Pickens' complaint is dismissed without prejudice.

A Certificate of Appealability be DENIED. S*ee* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

The Clerk is directed to close this case.

IT IS SO ORDERED, this 20th day of March, 2023.

                                                                        _____BILLY ROY WILSON_____
                                                                        UNITED STATES DISTRICT JUDGE